TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00563-CR







Ex parte Fred Michael Underwood







FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY


NO. 670854, HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's third motion for extension of time to file brief is granted. 
Appellant's counsel, Mr. Landon Northcutt, is ordered to tender a brief in this cause no later than
February 16, 2007.

It is ordered January 24, 2007.



Before Chief Justice Law, Justices Puryear and Henson

Do Not Publish